IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

**United States of America,**         *

                                              *

v.         *         Case No. 8:25-cr-00314-TDC-1

**Bolton**         *

**Defendant.**         *

### ENTRY OF APPEARANCE IN A CRIMINAL CASE

**TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:**

Please enter my appearance as counsel for the defendant, John Robert Bolton, II.

I certify that: [check one that applies and complete]

✔ I am admitted to practice in this Court.

☐ I have been appointed to represent the defendant by the following United States court:
_____.

October 16, 2025
Date

/s/ Abbe David Lowell
Signature

Abbe David Lowell, 11863
Printed name and bar number

Lowell & Associates, PLLC
Firm name

1250 H Street NW, Suite 250, Washington DC, 20005
Address

alowellpublicoutreach@lowellandassociates.com
Email address

(202) 964-6110
Telephone number

(202) 964-6114
Fax number

Please select your designation:

☐ CJA     ■ Retained     ☐ Public Defender     ☐ Pro Bono

**NOTE**:   Appearance of counsel may be withdrawn only with leave of Court. *See* Local Rule 201.3. Such leave is liberally granted if sought within 14 days of the defendant's initial appearance in this Court.

If you are <u>not</u> a member of this Court's bar, email your completed form to MDD_AttyAdmissions@mdd.uscourts.gov. Otherwise, please enter your own appearance in this case in CM/ECF using the event **Notice of Appearance.**