IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **UNITED STATES OF AMERICA** | \* |
| | \* |
| | \*  Case No. 8:25-cr-314-TDC |
| **v.** | \* |
| | \* |
| **JOHN ROBERT BOLTON, II,** | \* |
| | \* |
| **Defendant.** | \* |
| | \* |
| | \*\*\*\*\* |

## ENTRY OF APPEARANCE

MADAM CLERK:

Please enter the appearance of S. Derek Shugert, Trial Attorney, National Security Division, U.S. Department of Justice, as counsel for the United States of America for all purposes in the above-captioned case.

Respectfully submitted,

KELLY O. HAYES
UNITED STATES ATTORNEY

BY:     /s/
S. Derek Shugert
Trial Attorney
Counterintelligence and Export Control Section
National Security Division
United States Department of Justice
950 Pennsylvania Avenue NW
Washington, DC 20530
(202) 616-1051 (tel.)
shawn.shugert@usdoj.gov