# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

**United States of America,**   *

**v.**   * Case No. 8:25-cr-00314-TDC-1

Bolton   *

**Defendant.**   *

## MOTION FOR ADMISSION PRO HAC VICE

I, Abbe David Lowell, am a member in good standing of the bar of this Court. I am moving the admission of Isabella M. Oishi to appear pro hac vice in this case as counsel for John Robert Bolton, II.

We certify that:

1. The proposed admittee is a member in good standing of the bars of the following State Courts and/or United States Courts:

| State Court & Date of Admission | U.S. Court & Date of Admission |
|---|---|
| District of Columbia - November 2023 | D.D.C. - January 2025 |
| | D.C. Circuit - January 2025 |
| | Third Circuit - September 2025 |

2. The proposed admittee has never been disbarred, suspended, or denied admission to practice law in any jurisdiction. (NOTE: If the proposed admittee has been disbarred, suspended, or denied admission to practice law in any jurisdiction, then he/she must submit a statement fully explaining all relevant facts.)

3. The proposed admittee is familiar with the Maryland Attorneys' Rules of Professional Conduct, the Federal Rules of Criminal Procedure, the Federal Rules of Evidence, the Federal Rules of Appellate Procedure, and the Local Rules of this Court, and understands he/she shall be subject to the disciplinary jurisdiction of this Court.

4. The proposed admittee understands admission pro hac vice is for this case only and does not constitute formal admission to the bar of this Court.

5. Either the undersigned movant or _____, is also a member of the bar of this Court in good standing, and will serve as co-counsel in these proceedings.

6. **The $100.00 fee for admission pro hac vice accompanies this motion.**

7. We hereby certify under penalties of perjury that the foregoing statements are true and correct.

MOVANT

*[signature]*

Signature

Abbe David Lowell, No. 11863

Printed name and bar number

Lowell & Associates, PLLC

Office name

1250 H St NW, Suite 250, Washington, DC 20005

Address

ALowellpublicoutreach@lowellandassociates.com

Email Address

(202) 964-6110

Telephone number

(202) 964-6116

Fax Number

PROPOSED ADMITTEE

*[signature]*

Signature

Isabella M. Oishi

Printed name and bar number

Lowell & Associates, PLLC

Office name

1250 H St NW, Suite 250, Washington, DC 20005

Address

ioishi@lowellandassociates.com

Email Address

(202) 964-6110

Telephone number

(202) 964-6116

Fax Number