AUSA Sullivan   F.#2022R00343

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Maryland ▼

United States of America
v.

JOHN ROBERT BOLTON, II

*Defendant*

Case No. TDC-25-CR-314

USDC- GREENBELT
'25 OCT 17 PM4:22

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   JOHN ROBERT BOLTON, II ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:
18 U.S.C. § 793(d) (Transmission of National Defense Information)
18 U.S.C. § 793(e) (Retention of National Defense Information)

Date: 10/16/2025

*Issuing officer's signature*

City and state:  Greenbelt, Maryland

The Honorable Gina L. Simms, U.S. Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 10/16/2025 , and the person was arrested on *(date)* 10/17/2025
at *(city and state)* Greenbelt, Maryland .

Date: 10/17/2025

*Arresting officer's signature*

Nelson Bartlett, Special Agent
*Printed name and title*