IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JOHN ROBERT BOLTON, II,<br><br>Defendant. | No. 8:25-cr-314-TDC<br><br>Hon. Timothy J. Sullivan |

**DEFENDANT JOHN ROBERT BOLTON'S MOTION TO FILE HIS REQUEST FOR COURT APPROVAL FOR LIMITED INTERNATIONAL TRAVEL UNDER SEAL**

Defendant John Robert Bolton, II, by and through undersigned counsel, respectfully requests that this Court enter an order permitting him to file the attached Motion for Court Approval for Limited International Travel, and other similar requests containing sensitive travel details, under seal.

Pursuant to Local Rule 207.2, Ambassador Bolton states as follows:

1. As stipulated and entered on October 17, 2025, Ambassador Bolton's Conditions of Release currently require approval in advance by the Court to travel outside of the continental United States.

2. As indicated to the Court by Ambassador Bolton counsel's during his initial appearance and arraignment on October 17, Ambassador Bolton was previously scheduled to travel to and speak at a conference in Europe in early November 2025.

3. Good cause exists to allow Ambassador Bolton to file this request, which includes detailed information about his proposed upcoming travel and itinerary, under seal.

4. Ambassador Bolton has previously been the subject of credible safety and security threats. For example, in 2022, a member of Iran's Islamic Revolution Guard Corps was charged

1

for attempting to arrange the murder of Ambassador Bolton.[1]  Ambassador Bolton continues to face such threats and requires around-the-clock security protection.

5. Ambassador Bolton seeks to provide the Court with sufficient details about his proposed upcoming travel to fully evaluate his request.  Filing such details publicly poses a grave risk to his personal safety.

Accordingly, Ambassador Bolton respectfully requests that this Court enter the attached proposed order allowing his travel request, and other similar requests, to be filed under seal.

Dated: October 21, 2025                    Respectfully submitted,

*/s/ Abbe David Lowell*
Abbe David Lowell (#11863)
David A. Kolansky (admitted *pro hac vice*)
Isabella M. Oishi (admitted *pro hac vice*)
LOWELL & ASSOCIATES, PLLC
1250 H. St NW, Suite 250
Washington, DC 20005
T: (202) 964-6110
F: (202) 964-6116
ALowellpublicoutreach@lowellandassociates.com

*Attorneys for John Robert Bolton, II*

---

[1] *See Member of Iran's Islamic Revolutionary Guard Corps (IRGC) Charged with Plot to Murder the Former National Security Advisor*, Dep't of Just. (Aug. 10, 2022), https://www.justice.gov/archives/opa/pr/member-irans-islamic-revolutionary-guard-corps-irgc-charged-plot-murder-former-national.