# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JOHN ROBERT BOLTON, II,<br><br>Defendant. | No. 8:25-cr-314-TDC<br><br>Hon. Timothy J. Sullivan |

## [PROPOSED] ORDER

Upon consideration of Defendant John Robert Bolton II's Motion to File His Request for Court Approval for Limited International Travel Under Seal, it is hereby

**ORDERED** that the Motion to File Under Seal is **GRANTED**; it is further ordered that any similar requests containing travel details shall be filed under seal.

SO **ORDERED** this _____ of October 2025.

_____
Chief Magistrate Judge Timothy J. Sullivan