IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JOHN ROBERT BOLTON, II,<br><br>Defendant. | No. 8:25-cr-314-TDC<br><br>Hon. Timothy J. Sullivan |

**ORDER**

Upon consideration of Defendant John Robert Bolton II's Motion for Court Approval for Limited International Travel, it is hereby

**ORDERED** that the Defendant's Motion for Limited International Travel is **GRANTED**; it is further ordered that the Motion and any accompanying travel documents shall remain under seal pending further direction from the Court.

SO **ORDERED** this  _22nd_  of October 2025.

_____
Chief Magistrate Judge Timothy J. Sullivan