UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

UNITED STATES OF AMERICA

v.

JOHN ROBERT BOLTON, II,

Defendant.

Criminal Action No. 25-0314-TDC

## ORDER

Upon consideration of Defendant John Robert Bolton II's Consent Motion to Hold Pretrial Motions Deadline in Abeyance Pending Status Conference, it is hereby

**ORDERED** that the Defendant's Consent Motion to Hold Pretrial Motions Deadline in Abeyance Pending the November 21, 2025 Status Conference is **GRANTED**.

Dated: October 30, 2025

THEODORE D. CHUANG
United States District Judge