IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JOHN ROBERT BOLTON, II,<br><br>Defendant. | No. 8:25-cr-314-TDC<br><br>Hon. Theodore D. Chuang |

### DEFENDANT JOHN ROBERT BOLTON'S MOTION TO FILE LETTER REQUEST FOR ALTERNATIVE SENSITIVE COMPARTMENTED INFORMATION FACILITY LOCATION UNDER SEAL

Defendant John Robert Bolton, II, by and through undersigned counsel, respectfully requests that this Court enter an order permitting the filing of the attached letter from counsel requesting an alternative Sensitive Compartmented Information Facility ("SCIF") location under seal.

Pursuant to Local Rule 207.2, Ambassador Bolton states as follows:

1. Counsel has conferred with the Classified Information Security Officer ("CISO") assigned to this case about the location of the SCIF. The CISO assigned to this case described the default SCIF location.

2. Counsel explained the hardship that commuting to the default SCIF location would impose on the defense team. The CISO suggested that counsel write the attached letter to the Court seeking permission to use an alternative SCIF location.

3. For security purposes, including because the attached letter proposes a specific alternative SCIF location, good cause exists to allow the letter to be filed under seal.

1

Accordingly, Ambassador Bolton respectfully requests that this Court enter the attached proposed order allowing counsel's letter requesting an alternative SCIF location be filed under seal.

Dated: November 3, 2025

Respectfully submitted,

*/s/ Abbe David Lowell*
Abbe David Lowell (#11863)
David A. Kolansky (admitted *pro hac vice*)
Isabella M. Oishi (admitted *pro hac vice*)
LOWELL & ASSOCIATES, PLLC
1250 H. St NW, Suite 250
Washington, DC 20005
T: (202) 964-6110
F: (202) 964-6116
ALowellpublicoutreach@lowellandassociates.com

*Attorneys for John Robert Bolton, II*