IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| | * |
| v. | * Case No. 25-0314-TDC |
| | * |
| JOHN ROBERT BOLTON, II, | * |
| | * |
| Defendant. | * |

### ORDER

The United States of America applied for the appointment of a Classified Information Security Officer and alternates pursuant to the Classified Information Procedures Act, 18 U.S.C. App. III ("CIPA") and Section 2 of the Security Procedures established pursuant to Pub. L. 96-456, 94 Stat. 2025 by the Chief Justice of the United States and promulgated pursuant to Section 9 of CIPA. It is hereby **ORDERED** this 5 day of November 2025 that the application is **GRANTED**.

It is further **ORDERED**, in accordance with Section 9 of CIPA and the Security Procedures promulgated under Section 9, that the Court designates Daniella M. Medel as the Classified Information Security Officer in this case and the following persons as alternates to serve in the event Ms. Medel is unavailable: Jennifer H. Campbell, Daniel O. Hartenstine, Aleksandr Kurtov, Matthew W. Mullery, William S. Noble, Harry J. Rucker, and Winfield S. "Scooter" Slade.

It is further **ORDERED** that the designated Classified Information Security Officer and alternates shall perform the functions and carry out the duties and responsibilities prescribed in the Security Procedures promulgated under Section 9 of CIPA.

It is further **ORDERED** that the Court shall hold a CIPA Section 2 pretrial conference on November 21, 2025 at 10:00 a.m.

THEODORE D. CHUANG
United States District Judge