IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

|  |  |
|---|---|
| **UNITED STATES OF AMERICA** | \* <br> \* <br> \*   Case No. 8:25-cr-314-TDC |
| **v.** | \* <br> \* |
| **JOHN ROBERT BOLTON, II,** | \* <br> \* |
| **Defendant.** | \* <br> \* |
|  | **\*\*\*\*\*** |

**UNOPPOSED MOTION FOR ENTRY OF PROTECTIVE ORDER PURSUANT TO
SECTION 3 OF THE CLASSIFIED INFORMATION PROCEDURES ACT**

The United States of America respectfully moves this Court, pursuant to Section 3 of the Classified Information Procedures Act, 18 U.S.C. App. 3 (2006) ("CIPA"); the Security Procedures established pursuant to Pub. L. 96-456, 94 Stat. 2052, by the Chief Justice of the United States for the Protection of Classified Information (reprinted following CIPA Section 9); Rules 16 and 57 of the Federal Rules of Criminal Procedure; the general supervisory authority of the Court; and to protect the national security, to enter the attached proposed Protective Order regarding the disclosure and dissemination of classified national security information and documents. In support, the government submits the following:

1.      Section 3 of CIPA requires, upon motion of the United States, that the Court "shall issue an order to protect against the disclosure of any classified information disclosed by the United States to any defendant in any criminal case in a district court of the United States."

2.      Rule 16(d)(1) of the Federal Rules of Criminal Procedure provides that the Court may, for good cause, deny, restrict, or defer discovery or inspection, or grant other appropriate relief.

3.  Accordingly, the proposed Protective Order regulates discovery in this case by restricting the use and dissemination of classified documents and information obtained through discovery.

4.  The defendant and his counsel have reviewed this motion and the proposed Protective Order and have agreed to its terms.

Respectfully submitted,

KELLY O. HAYES
UNITED STATES ATTORNEY

BY:        /s/
Tanner Kroeger
Trial Attorney
National Security Division
United States Department of Justice
950 Pennsylvania Avenue NW
Washington, DC 20530
Phone: (202) 353-9488 (tel.)
tanner.kroeger@usdoj.gov

Thomas M. Sullivan
Robert Goldaris
Assistant United States Attorneys
United States Attorney's Office
6500 Cherrywood Lane, Suite 200
Greenbelt, Maryland 20770
Phone: (301) 344-4433