IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **UNITED STATES OF AMERICA** | * |
| | * |
| | *   Case No. 8:25-cr-314-TDC |
| v. | * |
| | * |
| **JOHN ROBERT BOLTON, II,** | * |
| | * |
| **Defendant.** | * |
| | * |

*****

## MEMORANDUM OF UNDERSTANDING REGARDING RECEIPT OF CLASSIFIED INFORMATION

Having familiarized myself with the applicable statutes, regulations, and orders, including but not limited to, 18 U.S.C. §§ 641, 793, 794, 798, and 1924; 50 U.S.C. §§ 783 and 3121; and Executive Order 13526, I understand that I may receive information or documents concerning the present and future security of the United States, which belong to the United States, and that such documents and information together with the methods and sources of collecting such documents and information are classified by the U.S. Government. In consideration of the disclosure of classified information and documents:

1. I agree that I shall never divulge, publish, or reveal either by word, conduct or any other means, such classified documents and information unless specifically authorized in writing to do so by an authorized representative of the U.S. Government; or as expressly authorized by the Court pursuant to the Classified Information Procedures Act and the Protective Order entered in the criminal case, *United States v. John Robert Bolton, II*, 8:25-CR-314.

2. I agree that this Memorandum will remain forever binding on me.

3. I have received, read, and understand the Protective Order entered by the United States District Court for the District of Maryland, in the criminal case, *United States v. John Robert*

*Bolton, II*, 8:25-CR-314, relating to classified information, and I agree to comply with the provisions thereof.

     4.     I understand that any prior contractual obligations that may bind me to continue to protect classified information remain in full force and effect, and are not superseded by this Memorandum of Understanding.  Additionally, I understand that this Memorandum of Understanding does not absolve me of any criminal or civil penalties that may otherwise be imposed upon me as a result of my unauthorized disclosure of classified information.

_____               _____
Abbe Lowell                                                     Date
Counsel for Defendant

_____               _____
Bella Oishi                                                        Date
Counsel for Defendant

_____               _____
David Kolansky                                           Date
Counsel for Defendant

_____               _____
Maggie McGuire                                       Date
Paralegal for Defense Team

_____               _____
John Robert Bolton, II                             Date
Defendant