IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JOHN ROBERT BOLTON, II,<br><br>Defendant. | No. 8:25-cr-314-TDC<br><br>Hon. Theodore D. Chuang |

**CONSENT MOTION TO EXTEND DEADLINE TO FILE PRETRIAL MOTIONS
<u>UNRELATED TO CLASSIFIED MATERIALS</u>**

Defendant John Robert Bolton, II, by and through undersigned counsel, respectfully moves this Court for the entry of an order extending the time for Ambassador Bolton to file any pretrial motions unrelated to classified materials. Ambassador Bolton requests that the current deadline of February 13, 2026 be extended to March 30, 2026, based on the following:

1. Following the November 21, 2025 Initial Status Conference and Pretrial Conference, this Court entered a scheduling order requiring pretrial motions unrelated to classified materials to be filed by February 13, 2026. ECF 48.

2. The parties remain in active and productive dialogue about the discovery in this case. To date, the government has made three Rule 16 productions of unclassified discovery material to the defense. The government has represented that additional unclassified discovery is forthcoming, including any unclassified material responsive to a November 5, 2025 discovery letter from Ambassador Bolton, which the government is still looking into. The unclassified discovery produced to date largely consists of electronic device data, such as location history and device backups, which have little or no bearing on the allegations in the Indictment.

3. Additionally, the final member of the defense team was not fully cleared and read-in until January 2, 2026, so the government did not begin producing classified discovery—including the documents corresponding to the counts in the Indictment—until January 7, 2026, when the defense filed the memorandum of understanding as to the CIPA Section 3 protective order. *See* ECF 49. All 2,200 pages of classified discovery produced on January 7 must be reviewed in the SCIF, and many of those pages can only be reviewed with a CISO present.

4. The content of the classified discovery may likely inform Ambassador Bolton's decision about whether to file any unclassified pretrial motions, including a Motion to Dismiss for prosecutorial vindictiveness or selective prosecution.

5. Additionally, lead counsel for Defendant, Mr. Lowell, is part of the preparation for a Supreme Court argument on January 21, 2026 on behalf of his client, Federal Reserve Board Governor Lisa Cook. *Trump v. Cook*, No. 25A312.

6. Mr. Lowell and Mr. Kolansky also have pretrial motions, responses, replies and trial materials due in the Central District Court of California before a pretrial conference in Los Angeles on February 3, 2026. *See United States v. Huerta*, No. 2:25-cr-00841-SB (C.D. Cal.). Counsel is simultaneously preparing for trial in that case, scheduled to begin on February 17, 2026.

7. Finally, Mr. Lowell and Ms. Oishi are preparing for a trial in Boston estimated to take four to six weeks, that begins on March 2, 2026, in which Mr. Lowell is lead counsel for his client Devin Wenig. *Steiner et al v. eBay Inc. et al*, No. 1:21-cv-11181-PBS (D. Mass.).

8. Neither party will be prejudiced by this extension, and the additional time will give Defense Counsel adequate time to review the voluminous and still forthcoming unclassified and classified discovery to inform any unclassified pretrial motions, if necessary.

9. The briefing schedule set out in the Court's December 9, 2025 Order (ECF 48) will otherwise remain the same.

10. Counsel for Ambassador Bolton conferred with the government, and the government consents to this Motion.

Accordingly, Ambassador Bolton respectfully moves for the entry of an order extending the time for him to file pretrial motions unrelated to classified material to March 30, 2026.

A proposed order is attached to this Motion

Dated: January 9, 2026                    Respectfully submitted,

/s/ Abbe David Lowell
Abbe David Lowell (#11863)
David A. Kolansky (admitted *pro hac vice*)
Isabella M. Oishi (admitted *pro hac vice*)
LOWELL & ASSOCIATES, PLLC
1250 H. St NW, Suite 250
Washington, DC 20005
T: (202) 964-6110
F: (202) 964-6116
ALowellpublicoutreach@lowellandassociates.com

*Attorneys for John Robert Bolton, II*