## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | Case No. 25-cr-0314-TDC |
| | * | |
| JOHN ROBERT BOLTON, II, | * | |
| | * | |
| Defendant. | * | |

### ORDER

The parties have filed a joint motion extensions of the May 22, 2026 deadline to complete discovery and to file the government's final motion under § 4 of the Classified Information Procedures Act (CIPA) and the May 19, 2026 deadline for the defense to file pretrial motions unrelated to classified materials.

The Court finds the motion is supported by good cause:

Accordingly, the Court **ORDERS** that the motion is granted. Therefore, the existing filing deadlines are modified as follows:

| | |
|---|---|
| September 30, 2026 | Government's deadline to complete discovery and to file all remaining CIPA § 4 motions |
| July 15, 2026 | Pretrial motions unrelated to classified materials |

SO ORDERED this 19 day of May 2026

_____
HONORABLE THEODORE D. CHUANG
United States District Court Judge