**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JOHN ROBERT BOLTON, II,<br><br>Defendant. | Case No. 8:25-cr-0314-TDC |

**JOHN R. BOLTON'S MOTION TO CONTINUE SENTENCING HEARING AND RESET RELATED SUBMISSION DEADLINES**

Pursuant to Federal Rule of Criminal Procedure 32(b)(2) and this Court's Sentencing Order (ECF 83), Defendant John R. Bolton respectfully moves this Court to continue the date of his sentencing hearing by approximately three weeks and to reset the related pre-hearing deadlines for submissions of sentencing memoranda. Counsel for the government indicated they do not oppose this request for a continuance. The motion is supported by good cause:

1. The Court's initial sentencing order set sentencing for October 28, 2026 at 9:30 a.m. ECF 83 ¶ 11. The Court also set a briefing deadline for sentencing memoranda of October 14, 2026 (also the date for either party to notice any witnesses at the sentencing hearing). *Id.* ¶¶ 5–6.

2. The Court's initial sentencing order also set an October 14, 2026 deadline for any motions for a continuance. *Id.* ¶ 7.

3. To date, defense counsel has been diligently preparing its sentencing submission on behalf of Ambassador Bolton, which will also include a separate sealed classified supplement. *See* ECF 88 (CIPA Section 5 Notice). Defense counsel is currently working through the classified discovery in this case to prepare that submission, including visiting the SCIF in Greenbelt,

Maryland to review the discovery and draft that submission which is both onerous and time intensive to complete.

4. Additionally, Ambassador Bolton anticipates submitting as part of his sentencing submission more than 135 letters written by a broad group of people from around the world who have known or worked with him for decades for the Court's consideration. Defense counsel is currently receiving and reviewing these letters, but due to the sheer volume, this process requires additional time to incorporate them into their sentencing submission to the Court. In addition, we seek the additional time to provide the Court the ability to review what will be an extensive memorandum submission and numerous attachments (as well as a separate filing containing classified information).

5. One final matter is that defense counsel has pre-trial hearings in a 39-defendant criminal case in the District of Minnesota that are presently scheduled to take place over four days (October 19 – 22, 2026, if not longer). Should those hearings continue on the current schedule, the final preparation before the current sentencing date will be difficult. *See United States v. Levy Armstrong et al.*, Case No. 26-cr-00025-LMP-DLM (D. Minn.). Defense counsel anticipates arguing ten motions, including motions to dismiss with constitutional implications. Due to the number of defendants (and literally over 100 pending motions in that matter), defense counsel is inquiring about trying to arrange for a rescheduling of that hearing.

6. Accordingly, defense counsel respectfully seeks a three-week continuance of the sentencing hearing to sometime during the week of November 16, 2026, on a day and time convenient for the Court.[1] The government does not oppose this request.

---

[1] The parties have conferred about the proposed date. Government counsel is available on November 16, 17, or 19, but not on November 18 or 20. Defense counsel is available any day that week, or any day the week of November 30. The government prefers a sentencing hearing date before the Thanksgiving holiday, on which Defense counsel takes no position.

7. Additionally, the parties have conferred on an agreed-to schedule for sentencing submissions, pegged to the sentencing hearing date. Each party's initial sentencing submission (both the unclassified submission and the classified supplement) would be due 28 days prior to the sentencing hearing, and any responses would be due 14 days prior to the sentencing hearing.

8. Defense counsel believes that the ends of justice will be served by a brief three-week continuance of the sentencing hearing to sometime during the week of November 16, 2026, and resetting the related sentencing submission deadlines.

A proposed order is attached.

Dated: September 17, 2026

Respectfully Submitted,

By: */s/ Abbe David Lowell*

Abbe David Lowell
David A. Kolansky
Isabella M. Oishi
Lowell & Associates, PLLC
1250 H Street NW, Suite 250
Washington, DC 20005
Tel: 202-964-6110
Fax: 202-964-6116
ALowellpublicoutreach@lowellandassociates.com
DKolansky@lowellandassociates.com
IOishi@lowellandassociates.com

*Attorneys for John Robert Bolton, II*