**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JOHN ROBERT BOLTON, II,<br><br>Defendant. | Case No. 8:25-cr-0314-TDC |

**[PROPOSED] ORDER**

Upon consideration of Defendant's unopposed Motion to Continue the Sentencing Hearing and Reset the Related Submission Deadlines, and for good cause shown, it is hereby

**ORDERED** that the Motion is **GRANTED**;

**ORDERED** that Sentencing shall be continued to _______________ at _____ a.m./p.m.;

**FURTHER ORDERED** that the parties' initial sentencing submissions shall be due 28 days prior to the reset sentencing hearing, and any responses shall be due 14 days prior to the sentencing hearing.

**SO ORDERED** this _____ of September 2026.

_________________________________
Judge Theodore D. Chuang