**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

**UNITED STATES OF AMERICA**

v.

**JOHN ROBERT BOLTON, II**

Defendant.

Criminal Action No. **25-0314-TDC**

**AMENDED REGULAR SENTENCING ORDER**

Before the Court is John R. Bolton's Motion to Continue Sentencing Hearing and Reset Related Submission Deadlines, ECF No. 89, filed on behalf of the Defendant. The Government consents to the requested continuance. It is hereby ORDERED that the Motion is GRANTED, and the following deadlines will apply:

(1) If counsel for either party intends to call any witnesses at the sentencing hearing, counsel shall submit, in writing, to the Court and opposing counsel, on or before **Friday, November 13, 2026**, a statement containing (a) the names of the witnesses, (b) a synopsis of their anticipated testimony, and (c) an estimate of the anticipated length of the hearing.

(2) Sentencing memoranda are not required unless a party intends to request a sentence outside the advisory guidelines range on the basis of a non-guideline factor. If submitted, they shall be filed with the Clerk and a copy delivered to chambers on or before **Friday, October 30, 2026**. Copies of all memoranda must be sent to the Probation Officer. Sentencing memoranda are not sealed documents. If the memoranda or attachments contain sensitive material, they should be filed under seal and accompanied by a motion to seal. Pursuant to Local Rules 105.3 and 207.1, unless otherwise ordered by the Court, sentencing memoranda shall not exceed **thirty (30) pages**, inclusive of footnotes but exclusive of (a) affidavits and

exhibits, (b) table of contents and citations, and (c) addenda containing statutes, rules, regulations, and similar material. The parties may file briefs responding to sentencing memoranda, which may not exceed **fifteen (15) pages**, by **Friday, November 13, 2026**. No reply briefs are permitted. Absent extraordinary circumstances, documents received less than **21 days** prior to sentencing will not be considered.

(3) Any motions relating to sentencing, **including motions for a continuance,** shall be filed and delivered to chambers on or before **Friday, November 06, 2026**. **No motions for a continuance filed after this deadline will be granted absent extraordinary circumstances.** Any responses to motions shall be filed on or before **Friday, November 13, 2026**. **No reply memoranda shall be filed.**

(4) If the Government intends to seek restitution, a memorandum requesting restitution and all supporting documentation shall be filed on or before **Friday, October 30, 2026**. Failure to provide the restitution information or an explanation for why the restitution information is not yet ascertainable by this date may result in an order to show cause why the information could not have been timely provided and may result in the Court denying or delaying restitution until after a hearing not to exceed 90 days after sentencing.

(5) Any other written materials relating to sentencing, including but not limited to letters or statements by the defendant, family members, victims, or others, shall be filed no later than **Friday, November 13, 2026**.

(6) If either party intends to seek a change in the defendant's release status at sentencing, including requiring the defendant to be taken into custody immediately following sentencing, that party shall inform the Court, opposing counsel and the Pretrial Services Officer

on or before **Tuesday, December 01, 2026** ***(3 days before sentencing).*** Failure to do so may result in denial of the requested change.

(7) Sentencing shall be on **Friday, December 04, 2026 at 9:30 a.m.**

(8) The presentence report, any revisions, and any proposed findings made by the Probation Officer in the addendum to the report shall constitute the tentative findings of the Court under section 6A1.3 of the sentencing guidelines. In resolving disputed issues of fact, the Court may consider any reliable information presented by the Probation Officer, the Defendant, or the Government, and the Court may issue its own tentative or final findings at any time before or during the sentencing hearing.

(9) Nothing in this Order requires the disclosure of any portions of the presentence report that are not disclosable under Federal Rules of Criminal Procedure 32.

September 21, 2026
Date

Theodore D. Chuang
United States District Judge