**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | Case No. 8:25-cr-0314-TDC |
| **v.** | * | |
| | * | |
| **JOHN ROBERT BOLTON, II,** | * | |
| | * | |
| **Defendant.** | * | |

**CONSENT MOTION FOR ONE BUSINESS DAY EXTENTION OF TIME TO FILE CLASSIFIED SUPPLEMENT TO SENTENCING MEMORANDUM**

The government respectfully moves for a one business day extension of time — from October 30, 2026, to November 2, 2026 — to file the classified supplement to its sentencing memorandum and accompanying exhibits. Defense counsel consents to this request. The request is supported by good cause:

1. The amended scheduling order set an October 30, 2026 deadline for the parties' sentencing memoranda. ECF No. 90 ¶ 2.

2. The government intends to file a classified supplement to its sentencing memorandum with accompanying classified exhibits, along with a motion to seal those classified supplemental filings.

3. On October 30, 2026, at some time between approximately 8:00 a.m. and 10:00 a.m., the secure computer system on which the government's classified supplement to its sentencing memorandum is saved experienced an "outage" affecting "printing, network and file share connection issues." As a result of this outage, the government is unable to print copies of the classified supplement to its sentencing memorandum or the accompanying classified exhibits for filing with the Classified Information Security Officer (CISO). The outage has not been resolved as of the time of this filing.

4. The government thus respectfully requests an extension to Monday, November 2, 2026, to file the classified supplement to its sentencing memorandum and accompanying exhibits.

5. Government counsel conferred with defense counsel, who advised that they consent to this motion.

A proposed order is attached.

Dated: October 30, 2026

Respectfully submitted,

Kelly O. Hayes
United States Attorney

By: */s/ Thomas M. Sullivan*
Thomas M. Sullivan
Assistant United States Attorneys

Christian J. Nauvel
Acting Chief
Counterintelligence and Export Control Section
National Security Division
U.S. Department of Justice

By: */s/ Garrett Coyle*
Tanner Kroeger
Deputy Chief
Garrett Coyle
Trial Attorneys