## BIOGRAPHY

**John R. Bolton**
Permanent Representative to the UN, United Nations
Term of Appointment: 08/01/2005 to 12/10/2006



John R. Bolton was appointed by President George W. Bush as United States Permanent Representative to the United Nations on August 1, 2005. Prior to his appointment, Ambassador Bolton served as Under Secretary of State for Arms Control and International Security from May 2001 to May 2005.

Prior to this, Ambassador Bolton was Senior Vice President of the American Enterprise Institute (AEI). AEI is a nonprofit public policy center dedicated to preserving and strengthening the foundations of freedom through research education, and open debate.

Ambassador Bolton has spent many years of his career in public service. Previous positions he has held are Assistant Secretary for International Organization Affairs at the Department of State, 1989-1993; Assistant Attorney General, Department of Justice, 1985-1989; Assistant Administrator for Program and Policy Coordination, U.S. Agency for International Development, 1982-1983; General Counsel, U.S. Agency for International Development, 1981-1982.

Ambassador Bolton is also an attorney. From 1974-1981 he was an associate at the Washington office of Covington & Burling, where he returned as a member of the firm from 1983-1985, after public service at the U.S. Agency for International Development. From 1993 through 1999, he was a partner in the law firm of Lerner, Reed, Bolton & McManus.

Ambassador Bolton was born in Baltimore on November 20, 1948. He graduated with a B.A., summa cum laude, from Yale University and received his J.D. from Yale Law School.

Released on September 23, 2005

BACK TO TOP

Published by the U.S. Department of State Website at http://www.state.gov maintained by the Bureau of Public Affairs.