Our website is currently undergoing updates, some links may no longer work and content may change. Please check back soon.



# Hon. John R. Bolton

Former United States National Security Advisor

John R. Bolton served as Assistant to the President and National Security Advisor from April 2018 to September 2019.

Prior to his appointment, Ambassador Bolton served as a senior fellow at the American Enterprise Institute (AEI); of counsel at Kirkland & Ellis; a contributor to FOX News Channel and FOX Business Network; and his op-ed articles were regularly featured in major media publications.

Ambassador Bolton was appointed as United States Permanent Representative to the United Nations on August 1, 2005 and served until his resignation in December 2006. Prior to his appointment, Ambassador Bolton served as Under Secretary of State for Arms Control and International Security from May 2001 to May 2005.

Other positions he has previously held include Assistant Secretary for International Organization Affairs at the Department of State, 1989-1993; Assistant Attorney General, Department of Justice, 1985-1989; Assistant Administrator for Program and Policy Coordination, U.S. Agency for International Development, 1982-1983 and General Counsel, U.S. Agency for International Development, 1981-1982.

Ambassador Bolton is the author of *Surrender is Not an Option: Defending America at the U.N. and Abroad*, published by Simon and Shuster (November 2007) and How Barack Obama is Endangering our National Sovereignty, published by Encounter Books (April 2010).

Ambassador Bolton was born in Baltimore, Maryland. He graduated with a Bachelor of Arts degree, summa cum laude, Phi Beta Kappa, from Yale College in 1970, and received his Juris Doctor from Yale Law School in 1974. He currently resides in Maryland with his wife, Gretchen. They have one daughter, Jennifer Sarah, who also graduated from Yale College, and received her MBA and SM degrees from MIT in 2014 and is currently a senior manager at Nissan's facility in Nashville.

*****

***A person listed on this page has spoken or otherwise participated in Federalist Society events, publications, or multimedia presentations. A person's appearance on this list does not imply any other endorsement or relationship between the person and the Federalist Society. In most cases, the biographical information on a person's bio page is provided directly by the person, and the Federalist Society does not edit or otherwise endorse that information. The Federalist Society takes no position on particular legal or public policy issues. All expressions of opinion by a speaker or author are those of the individual.***

PAST EVENTS COMMENTARY