**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JOHN ROBERT BOLTON, II,<br><br>Defendant. | No. 8:25-cr-314-TDC<br><br>Hon. Theodore D. Chuang |

## SENTENCING MEMORANDUM EXHIBIT LIST

# INDEX OF EXHIBITS


| Exhibit No. | Description | Page |
|---|---|---|
| **Exhibit A** | John Robert Bolton II Letter | -- |
| **Exhibit B, Part I** | *Combined Letters of Support, B-1 through B-70* | -- |
| **Exhibit B-1** | Abrams, Elliott Letter | 1 |
| **Exhibit B-2** | Agostinelli, Robert Letter | 4 |
| **Exhibit B-3** | Applegarth, Paul Vollmer Letter | 7 |
| **Exhibit B-4** | Ashe, Victor Henderson, II Letter | 10 |
| **Exhibit B-5** | Aznar, José María Letter | 12 |
| **Exhibit B-6** | Baker, James Addison, III Letter | 13 |
| **Exhibit B-7** | Barbour, Haley Reeves Letter | 15 |
| **Exhibit B-8** | Bardají, Rafael Luis Letter | 17 |
| **Exhibit B-9** | Barnett, Caroline Weil Letter | 18 |
| **Exhibit B-10** | Barry, John P., Jr. Letter | 25 |
| **Exhibit B-11** | Bernstein, Stuart A. Letter | 27 |
| **Exhibit B-12** | Bertini, Catherine Ann Letter | 29 |
| **Exhibit B-13** | Black, Charles Ray, Jr. Letter | 31 |
| **Exhibit B-14** | Bloomfield, Lincoln Palmer, Jr. Letter | 33 |
| **Exhibit B-15** | Blunt, Roy Dean Letter | 37 |
| **Exhibit B-16** | Bobbitt, Philip Chase Letter | 38 |
| **Exhibit B-17** | Bolton, Gretchen Letter | 41 |
| **Exhibit B-18** | Bolton, Jennifer Sarah Letter | 45 |
| **Exhibit B-19** | Bolton Enos, Joni Letter | 50 |
| **Exhibit B-20** | Borio, Luciana Letter | 52 |

| Exhibit No. | Description | Page |
|---|---|---|
| **Exhibit B-21** | Bowman, Karlyn Letter | 54 |
| **Exhibit B-22** | Boyd, Thomas M. Letter | 56 |
| **Exhibit B-23** | Bush, Charles G. Letter | 59 |
| **Exhibit B-24** | Carduner, Andrew S., II Letter | 60 |
| **Exhibit B-25** | Carson, Russell L. Letter | 61 |
| **Exhibit B-26** | Cash, William Nigel Paul Letter | 62 |
| **Exhibit B-27** | Chavez, Linda Letter | 63 |
| **Exhibit B-28** | Cheney, Elizabeth L. Letter | 65 |
| **Exhibit B-29** | Chikvaidze, David A. Letter | 66 |
| **Exhibit B-30** | Clark, Wesley K. Letter | 68 |
| **Exhibit B-31** | Cogman, Don V. Letter | 69 |
| **Exhibit B-32** | Comstock, Barbara J. Letter | 71 |
| **Exhibit B-33** | Cooper, Charles J. Letter | 73 |
| **Exhibit B-34** | Coughlin, Con Letter | 76 |
| **Exhibit B-35** | David, Jack Letter | 77 |
| **Exhibit B-36** | DeMuth, Christopher C. Letter | 79 |
| **Exhibit B-37** | Denysyk, Bo Letter | 82 |
| **Exhibit B-38** | DeSutter, Paula A. Letter | 85 |
| **Exhibit B-39** | Dickman, Murray Letter | 88 |
| **Exhibit B-40** | Diez, Andriana Letter | 92 |
| **Exhibit B-41** | Donatelli, Frank J. Letter | 93 |
| **Exhibit B-42** | Duncan Smith, Iain Letter | 95 |
| **Exhibit B-43** | Edelman, Eric S. Letter | 97 |

| Exhibit No. | Description | Page |
|---|---|---|
| **Exhibit B-44** | Esper, Mark T. Letter | 99 |
| **Exhibit B-45** | Fears, Douglas M. Letter | 101 |
| **Exhibit B-46** | Feith, Douglas J. Letter | 103 |
| **Exhibit B-47** | Forand, Edward J., Jr. Letter | 105 |
| **Exhibit B-48** | Freeh, Louis J. & Torricelli, Robert Joint Letter | 107 |
| **Exhibit B-49** | Fussner, Christopher Letter | 109 |
| **Exhibit B-50** | Galbraith, Peter Letter | 111 |
| **Exhibit B-51** | Gedmin, Jeffrey Letter | 113 |
| **Exhibit B-52** | Gillerman, Dan Letter | 116 |
| **Exhibit B-53** | Goldsmith, Jack L. Letter | 118 |
| **Exhibit B-54** | Golub, Harvey Letter | 120 |
| **Exhibit B-55** | Gora, Joel M. Letter | 121 |
| **Exhibit B-56** | Graham, William R. Letter | 123 |
| **Exhibit B-57** | Graham, Meredith Letter | 125 |
| **Exhibit B-58** | Grebow, Edward Letter | 127 |
| **Exhibit B-59** | Gruner, Anne C. Letter | 130 |
| **Exhibit B-60** | Hadley, Stephen J. Letter | 133 |
| **Exhibit B-61** | Hannah, John Letter | 135 |
| **Exhibit B-62** | Happer, William Letter | 137 |
| **Exhibit B-63** | Harris, David Letter | 139 |
| **Exhibit B-64** | Hertog, Roger Letter | 141 |
| **Exhibit B-65** | Hill, Elisabeth Letter | 143 |
| **Exhibit B-66** | Hogan, Lawrence J., Jr. Letter | 144 |

| Exhibit No. | Description | Page |
|---|---|---|
| **Exhibit B-67** | Holmes, Kim R. Letter | 145 |
| **Exhibit B-68** | Howarth, Gerald Letter | 147 |
| **Exhibit B-69** | Jenkin, Bernard Letter | 149 |
| **Exhibit B-70** | Joseph, Robert Letter | 151 |
| **Exhibit B, Part II** | *Combined Letters of Support, B-71 through B-140* | -- |
| **Exhibit B-71** | Juster, Kenneth I. Letter | 153 |
| **Exhibit B-72** | Kasparov, Garry Letter | 155 |
| **Exhibit B-73** | Keating, Frank Letter | 156 |
| **Exhibit B-74** | Kemp, Richard Letter | 157 |
| **Exhibit B-75** | Kim, Sang Joo Letter | 159 |
| **Exhibit B-76** | Kinzinger, Adam Letter | 160 |
| **Exhibit B-77** | Kirkpatrick, Melanie Letter | 162 |
| **Exhibit B-78** | Kohr, Howard A. Letter | 164 |
| **Exhibit B-79** | Kololyan, Marisa Letter | 166 |
| **Exhibit B-80** | Kovner, Bruce Letter | 167 |
| **Exhibit B-81** | Kristol, William Letter | 169 |
| **Exhibit B-82** | Krueger, Bruce K. Letter | 170 |
| **Exhibit B-83** | Kupperman, Charles M. Letter | 172 |
| **Exhibit B-84** | Landry, Brock R. Letter | 175 |
| **Exhibit B-85** | Langman, Steven Letter | 177 |
| **Exhibit B-86** | Larson, Mark Letter | 179 |
| **Exhibit B-87** | Lavin, Franklin L. Letter | 180 |
| **Exhibit B-88** | Lawless, Richard P. Letter | 182 |

| Exhibit No. | Description | Page |
|---|---|---|
| **Exhibit B-89** | Laxalt, Adam P. Letter | 184 |
| **Exhibit B-90** | Levy, Michael Letter | 186 |
| **Exhibit B-91** | Levy, Paul S. Letter | 188 |
| **Exhibit B-92** | Lowry, Rich Letter | 190 |
| **Exhibit B-93** | Lufkin, Dan Letter | 192 |
| **Exhibit B-94** | Lynes, Sara Letter | 193 |
| **Exhibit B-95** | Lytton, William B. Letter | 194 |
| **Exhibit B-96** | Mariaschin, Daniel S. Letter | 197 |
| **Exhibit B-97** | Martin, Wesley M. Letter | 198 |
| **Exhibit B-98** | May, Clifford D. Letter | 201 |
| **Exhibit B-99** | Miller, Judith Letter | 203 |
| **Exhibit B-100** | Nordlinger, Jay Letter | 205 |
| **Exhibit B-101** | Osborne, Eric G. Letter | 207 |
| **Exhibit B-102** | Pence, Robert Frank Letter | 209 |
| **Exhibit B-103** | Pence, Michael R. Letter | 211 |
| **Exhibit B-104** | Pipes, Daniel Letter | 212 |
| **Exhibit B-105** | Rao, Rohini Letter | 213 |
| **Exhibit B-106** | Ream, Roger Letter | 214 |
| **Exhibit B-107** | Reich, Otto J. Letter | 216 |
| **Exhibit B-108** | Rhoads, Harry, Jr. Letter | 219 |
| **Exhibit B-109** | Roberts, James C. Letter | 220 |
| **Exhibit B-110** | Rogers, Ed Letter | 222 |
| **Exhibit B-111** | Romney, Mitt Letter | 223 |

| Exhibit No. | Description | Page |
|---|---|---|
| **Exhibit B-112** | Rooney, Francis Letter | 224 |
| **Exhibit B-113** | Rosen, James Letter | 225 |
| **Exhibit B-114** | Ros-Lehtinen, Ileana Letter | 228 |
| **Exhibit B-115** | Rostow, Nicholas Letter | 229 |
| **Exhibit B-116** | Rove, Karl Letter | 230 |
| **Exhibit B-117** | Samuelian, Christine Letter | 231 |
| **Exhibit B-118** | Semerad, Kate Letter | 234 |
| **Exhibit B-119** | Shaheen, Therese Letter | 235 |
| **Exhibit B-120** | Shelby, Richard D. Letter | 237 |
| **Exhibit B-121** | Spitzer, Arther B. Letter | 238 |
| **Exhibit B-122** | Strong, William H. Letter | 240 |
| **Exhibit B-123** | Switzer, Tom Letter | 242 |
| **Exhibit B-124** | Taylor, Miles Letter | 244 |
| **Exhibit B-125** | Terwilliger, George J., III | 247 |
| **Exhibit B-126** | Tigay, Eytan Letter | 250 |
| **Exhibit B-127** | Tinsley, Sarah Letter | 252 |
| **Exhibit B-128** | Tisch, James S. Letter | 257 |
| **Exhibit B-129** | Untermeyer, Chase Letter | 260 |
| **Exhibit B-130** | Volker, Kurt Letter | 262 |
| **Exhibit B-131** | Wagner, Abraham R. Letter | 265 |
| **Exhibit B-132** | Wallace, Mark D. Letter | 266 |
| **Exhibit B-133** | Wallison, Peter J. Letter | 269 |
| **Exhibit B-134** | Williamson, Edwin D. Letter | 271 |

| Exhibit No. | Description | Page |
|---|---|---|
| **Exhibit B-135** | Wolcott, Jackie Letter | 273 |
| **Exhibit B-136** | Wolff, Alejandro Letter | 276 |
| **Exhibit B-137** | Wolfowitz, Paul D. Letter | 278 |
| **Exhibit B-138** | Wrenn, Carter Letter | 281 |
| **Exhibit B-139** | Yoo, John C. Letter | 284 |
| **Exhibit B-140** | Zeidman, Fred S. Letter | 287 |
| **Exhibit C** | Letter from Kenneth L. Wainstein, *United States v. John Bolton*, No. 1:20-cv-01580-RCL (Sept. 22, 2020) | -- |
| **Exhibit D** | DOJ Stipulations, *United States v. Bolton*, No. 8:25-cr-314-TDC (Feb. 20, 2026) | -- |
| **Exhibit E** | DOJ Stipulations, *United States v. Bolton*, No. 8:25-cr-314-TDC (Mar. 9, 2026) | -- |
| **Exhibit F** | Fed. Bureau of Prisons, Program Statement P5100.08, Inmate Security Designation and Custody Classification (Sept. 12, 2006) (as amended by Change Notice 5100.08, CN-3 (May 6, 2026)) | -- |
| **Exhibit G** | Donald J. Trump Truth Social Post (June 26, 2026) | -- |
| **Exhibit H** | Letter from Abbe David Lowell to U.S. Probation Officer Erik Finneyfrock re Objections to Final PSR | -- |