# Exhibit A

October 26, 2026

The Honorable Theodore D. Chuang
United States District Court
District of Maryland
6500 Cherrywood Lane
Greenbelt, MD 20770

Dear Judge Chuang:

I write this letter in the hope that you will decide on a sentence allowing me to make my amends as specified by the plea agreement, stay with my family, and continue participating in the public discourse on American national security. I know you have my attorneys' sentencing submission, the classified supplement, and the letters of nearly 140 former colleagues, friends, and family members providing information to support this request, but I wanted as well to make that request personally.

First, I am profoundly sorry for my actions in this case. While my diary writing is perhaps unprecedented in cases involving mishandling of classified information -- no efforts to aid foreign enemies, no leaks to the press, no public distribution of classified information -- I am nonetheless fully aware of how important the proper handling of such information is. Indeed, I spent much of my career enforcing and defending those procedures. I wince when I think of the criticisms I have made of others in senior positions for their actions akin to mine. I wince because hypocrisy, even inadvertent, is never defensible, and I have been guilty of it.

In my haste to convey all that happened so rapidly in the seventeen months I served as National Security Advisor and in misinterpreting the provisions of the Presidential Record Act regarding diaries, I erred palpably. Despite whatever positive things I may have done in the honorable calling of government service, this case will forever be attached to that record. That is a severe punishment in and of itself.

Responsibility for the diary and its handling do not fall upon anyone else, not my wife or daughter, and not my friends and colleagues. That responsibility is mine and mine alone.

As I hope the materials provided demonstrate, I have spent almost my entire professional life trying to make our country safer, stronger, and more secure, both in Federal service and in the public-policy debate. My service is not unique, but I hope that any positive contributions I have made to our country's security will be contrasted with what I have pled guilty to. I hope the first will far outweigh the second and merit your consideration and leniency.

My deepest regret is realizing that my conduct fell short of the principles that have guided my entire professional life. I have devoted my career to safeguarding the national security of the United States. What I wrote in my personal diary failed that standard, and leaves me a burden I will carry forever, regardless of any sentence imposed.

That is one reason why I was pleased to work with the intelligence community in my debrief and to offer public service in making recommendations for better classified handling procedures in the future, particularly for diaries and other recollections of senior officials. Mine

is certainly not the only diary out there among former national-security employees, as history itself demonstrates. Protecting classified matters without eliminating historical information for future generations, should be reconcilable objectives. Perhaps my experience can be of assistance in pursuing both objectives.

Another way I have tried to demonstrate my remorse and accept responsibility for my conduct was agreeing to perhaps the largest criminal fine anyone has paid for anything similar, as well as having to forfeit my lifelong government pension and health-care program. I was planning that my savings would not just support my wife Gretchen and me in the years we have left, but primarily to pass on to our daughter Jennifer Sarah after we are gone. The collateral consequences of my conduct have been extensive. Public opprobrium that has already been directed my way, and inevitably therefore deeply felt by my family, from the highest levels of our government.

Most painfully, my conduct has placed an immense burden on my wife and daughter, who stood beside me through decades of demanding public service and ongoing threats to our physical safety. The well-documented threat of assassination from Iran has hung over us for the last five years, stemming from my time as National Security Advisor, and looming even more heavily in the current circumstances. In June 2023, my wife and I were departing Lisbon, Portugal, when our Secret Service protective detail encountered bureaucratic problems at the airport in handling their weapons, delaying our moving past airport security. An officer of the Portuguese government security services apologized to us for the delay, saying that, in the business of close protection, "movement is life." That phrase has stayed with me.

And in 2024, as Secret Service contractors were installing new equipment in and around my house, the leader of my protective detail said, "we're going to be with you for a long time. That statement has also stayed with me. It was that same Secret Service official who informed me on January 20, 2025, that the current President had revoked protection, effective the next day.

Lastly, I have endeavored, ever since the Iranian hack of personal email account in 2021, to work cooperatively with the FBI to mitigate both the hack and any harm to my safety and to the country's interests. Throughout 2021, for example, I had contact with the FBI, at the office and by phone. On various occasions, the FBI asked me to do things to aid them in solidifying their counterintelligence efforts against the IRGC, which I accommodated. They asked to photograph me going into and coming out of the coffee shop at my office building, to help demonstrate to the Iranians that they knew exactly where my office was. At one point, the FBI asked if I would be willing to stage a kidnapping, with photographs, to prove to Iran that they had me in their control. And sometime during Fall 2021, FBI agents began countersurveillance of me, following me on my morning walks and drives to and from the office, all in an effort to counter any Iranian-backed surveillance. Neither at the time nor today was I fully aware of exactly what all the uses of or benefits from our cooperation with the FBI were or might have been, but I had the impression from the agents with whom I spoke that they thought it was very useful to U.S. national security efforts. This is particularly important because the top target on Iran's list was the President of the United States, and several other top officials in addition to myself.

I hope the information my attorneys have provided about other cases that were charged differently -- or not charged at all -- will offer support for my request for probation. Given my life's record and good works, I hope that what I did and did not do, and what I am trying to accomplish to make amends, can guide you in favor of a sentence that does not include incarceration, so that I may live out however many days I have left with my beloved wife Gretchen, our daughter JS, and our granddaughter.

Finally, I apologize for the work that my conduct has caused prosecutors, agents and the Court to have to spend in my case. I have tried throughout to respect the integrity and independence of the judicial process, and I will accept whatever the outcome may be without rancor.

Sincerely,

John R. Bolton

John Robert Bolton II