# Exhibit D

**U.S. Department of Justice**

February 20, 2026

**By Email**

Abbe David Lowell, Esquire
David Kolansky, Esquire
Bella Oishi, Esquire
Lowell & Associates, PLLC
1250 H Street NW, Suite 250
Washington, DC 20005

**Re: *United States v. John Robert Bolton, II*, Criminal No. TDC-25-314**

Dear Abbe, Bella, and David:

In further response to your December 14, 2025 letter, the government provides the following stipulations in response to Specific Requests B and C under *Brady*, *Agurs*, *Giglio*, and the Fifth Amendment in your November 5, 2025 letter:

- The FBI provided the defendant with duty-to-warn notifications of cyber or physical threats to the defendant on the following dates: October 30, 2020; December 4, 2020; February 5, 2021; August 4, 2021; August 25, 2021; November 12, 2021; December 17, 2021; and September 12, 2025.

- The FBI provided prudential warnings to the defendant on April 27, 2022, and June 23, 2025.

- The FBI provided victim notifications or other notifications about attempted or completed cyber intrusions to the defendant; his assistant, Christine Samuelian; or his then-employer, the White House, on the following dates: June 11, 2012; June 15, 2016; June 7, 2019; January 21, 2021; July 6, 2022; November 29, 2022; and July 22, 2025.

By producing these stipulations, the government does not concede their relevance or admissibility.

Please do not hesitate to contact us to discuss further.

Sincerely,

Kelly O. Hayes
United States Attorney

Thomas M. Sullivan
Robert I. Goldaris
Assistant United States Attorneys

Tanner Kroeger
Acting Deputy Chief

/s/__________________________
Garrett Coyle
Trial Attorney
Counterintelligence and Export Control Section
National Security Division
U.S. Department of Justice