# Exhibit E

**U.S. Department of Justice**

March 9, 2026

**By Email**

Abbe David Lowell, Esquire
David Kolansky, Esquire
Bella Oishi, Esquire
Lowell & Associates, PLLC
1250 H Street NW, Suite 250
Washington, DC 20005

**Re: *United States v. John Robert Bolton, II*, Criminal No. TDC-25-314**

Dear Abbe, Bella, and David:

In further response to your December 14, 2025 letter and our February 27, 2026 call, the government provides the following supplemental stipulation in response to Specific Requests B and C under *Brady*, *Agurs*, *Giglio*, and the Fifth Amendment in your November 5, 2025 letter:

- In connection with the interactions with the FBI listed in the government's February 20, 2026 letter, the defendant was generally cooperative with law enforcement, apart from the interactions alleged in paragraphs 55–59 of the indictment.

By producing this stipulation, the government does not concede its relevance or admissibility.

Please do not hesitate to contact us to discuss further.

Sincerely,

Kelly O. Hayes
United States Attorney

Thomas M. Sullivan
Robert I. Goldaris
Assistant United States Attorneys

Tanner Kroeger
Acting Deputy Chief
Counterintelligence and Export Control Section
National Security Division
U.S. Department of Justice

/s/______________________________
Garrett Coyle
Trial Attorney