**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | Case No. 8:25-cr-0314-TDC |
| **v.** | * | |
| | * | |
| **JOHN ROBERT BOLTON, II,** | * | |
| | * | |
| **Defendant.** | * | |

**NOTICE OF WITHDRAWAL OF MOTION FOR EXTENTION OF TIME TO FILE CLASSIFIED SUPPLEMENT TO SENTENCING MEMORANDUM**

The government respectfully notifies the Court that it withdraws its motion for an extension of time to file the classified supplement to its sentencing memorandum and accompanying exhibits (ECF No. 95). The outage affecting the secure computer system on which the government's classified supplement to its sentencing memorandum is saved has been resolved. The government will file its classified filings with the Classified Information Security Officer (CISO) today.

Dated: October 30, 2026

Respectfully submitted,

Kelly O. Hayes
United States Attorney

By: */s/ Thomas M. Sullivan*
Thomas M. Sullivan
Assistant United States Attorneys

Christian J. Nauvel
Acting Chief
Counterintelligence and Export Control Section
National Security Division
U.S. Department of Justice

By: */s/ Garrett Coyle*
Tanner Kroeger
Deputy Chief
Garrett Coyle
Trial Attorneys