**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | Case No. 8:25-cr-0314-TDC |
| **v.** | * | |
| | * | |
| **JOHN ROBERT BOLTON, II,** | * | |
| | * | |
| **Defendant.** | * | |

**NOTICE OF FILING OF CLASSIFIED IN CAMERA SUPPLEMENTAL SENTENCING MEMORANDUM AND MOTION TO SEAL CLASSIFIED FILINGS**

The government respectfully notifies the Court that today it filed, via the Classified Information Security Officer (CISO), a classified in camera supplement to its sentencing memorandum, along with classified supporting exhibits. The government served defense counsel with these filings by delivering a copy to the CISO.

The government's classified supplement includes a motion to seal the parties' classified supplemental sentencing submissions and to hold any portion of the sentencing hearing at which classified information is discussed in camera under security procedures designated by the CISO.

Dated: October 30, 2026

Respectfully submitted,

Kelly O. Hayes
United States Attorney
Thomas M. Sullivan
Assistant United States Attorney

Christian J. Nauvel
Acting Chief
Counterintelligence and Export Control Section
National Security Division
U.S. Department of Justice

By: /s/ Garrett Coyle
Tanner Kroeger
Deputy Chief
Garrett Coyle
Trial Attorney