**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | |
| **v.** | * | **CRIMINAL NO. TDC-25-314** |
| | * | |
| **JOHN ROBERT BOLTON, II,** | * | |
| | * | |
| **Defendant.** | * | |

## GOVERNMENT'S NOTICE OF ANTICIPATED VICTIM IMPACT STATEMENTS AT SENTENCING

The United States of America, by and through its attorneys, Kelly O. Hayes, United States Attorney for the District of Maryland, and Thomas M. Sullivan, Assistant United States Attorney for said District, along with the undersigned counsel from the Department of Justice, National Security Division, respectfully submits this Notice of Anticipated Victim Impact Statements at Sentencing, and states as follows:

1. On October 16, 2025, a federal grand jury returned an eighteen-count Indictment charging Mr. Bolton with eight counts of Transmission of National Defense Information (18 U.S.C. § 793(d)), and ten counts of Retention of National Defense Information (18 U.S.C. § 793(e)). ECF 1.

2. On June 26, 2026, Mr. Bolton pled guilty to one count of Retention of National Defense Information under Count Twelve (ECF 80), and is scheduled for sentencing on December 4, 2026.

3. Pursuant to Mr. Bolton's plea of guilty, this Court directed the parties that, if counsel for either party intends to call any witnesses at the sentencing hearing, counsel shall submit the following information on or before November 13, 2026: (a) the names of the witnesses, (b) a synopsis of their anticipated testimony, and (c) an estimate of the anticipated length of the hearing.

ECF 90 ¶ 1.

4. While the government does not intend to present any testimony at the sentencing hearing, the government respectfully notifies the Court and defense counsel that it anticipates that the sealed, in camera, classified portion of the sentencing hearing, held under security procedures designated by the Classified Information Security Officer, will include a victim impact statement from an official from at least one and possibly two victim agencies. Given the sensitivity of the officials' roles, the officials respectfully request, subject to the Court's approval, to deliver the statements using only their first names and last initials.

5. The statements are expected to address the impact of the defendant's offense conduct on the agencies, including the resources the agencies have expended in response to the defendant's offense conduct. The government estimates that their statements will each be about five to ten minutes in length.

Respectfully submitted,

KELLY O. HAYES
United States Attorney

By: /s Thomas M. Sullivan
Thomas M. Sullivan
Assistant United States Attorney

CHRISTIAN J. NAUVEL
Acting Chief
Counterintelligence and Export
Control Section
National Security Division

By: /s Tanner Kroeger
Tanner Kroeger
Deputy Chief

By: /s Garrett Coyle
Garrett Coyle
Trial Attorney